USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMAZON.COM SERVICES LLC,<br><br>Plaintiff,<br><br>-v-<br><br>ALK GLOBAL LOGISTICS LLC,<br><br>Defendant. | : | 26-cv-4048 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court held an initial conference in this proceeding on July 31, 2026. Defendant did not appear. This Order memorializes the Court's oral ruling at that conference.

The initial conference is adjourned to August 18, 2026 at 12:00 p.m. The parties are instructed to dial 646-453-4442 and input conference ID 358639322. Defendant's failure to appear at the next conference may result in default.

Plaintiff is ordered to serve a copy of this Order on Defendant and to file proof of service on the docket.

SO ORDERED.

Dated: July 31, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge