USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

AMAZON.COM SERVICES LLC,

Plaintiff,

-v-

ALK GLOBAL LOGISTICS LLC,

Defendant.

---------------------------------------------------------------------X

26-cv-4048 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendant ALK Global Logistics LLC moves, pursuant to Federal Rule of Civil Procedure 55(c), to vacate the certificate of default entered against it on August 12, 2026. Dkt. No. 18. Plaintiff Amazon.com Services LLC does not oppose the request. Accordingly, the Clerk of Court is respectfully directed to vacate the certificate of default entered against ALK Global Logistics LLC, Dkt. No. 16, and to close Dkt. No. 18.

SO ORDERED.

Dated: August 18, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge